

# NUMBER 13-18-000392-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

GUSTAVO TIJERINA SANDOVAL,                                          Appellant,

v.

THE STATE OF TEXAS,                                                        Appellee.

---

### On appeal from the 197th District Court
### of Cameron County, Texas.

---

# ORDER

### Before Justices Benavides, Tijerina, and Peña
### Order Per Curiam

The parties have filed a joint advisory and motion asking that we continue to stay this appeal while a related matter plays out in the Texas Court of Criminal Appeals and potentially the United States Supreme Court. Appellant Gustavo Sandoval was convicted in the trial court of capital murder and attempted capital murder. Sandoval was sentenced

to death on the capital murder conviction, and his appeal from that conviction is currently pending in the Court of Criminal Appeals. *See* TEX. R. APP. P. 71.1 (providing for a direct appeal to the Court of Criminal Appeals for cases in which the death penalty has been assessed). Sandoval received a life sentence on the attempted capital murder conviction and appealed that conviction to this Court.

On February 23, 2021, we granted the State's unopposed motion to stay this appeal until resolution of Sandoval's proceeding in the Court of Criminal Appeals because the two proceedings concerned overlapping issues, and the decision of the Court of Criminal Appeals may prove dispositive on issues before this Court. We also ordered the parties to inform us when the Court of Criminal Appeals issued its opinion on Sandoval's direct appeal for purposes of reinstating the appeal in this Court.

The parties have notified us that the Court of Criminal Appeals issued its opinion affirming Sandoval's capital murder conviction and death sentence on December 7, 2022. The parties have also notified us that Sandoval has since filed a motion for rehearing, which is currently pending. Should that motion be denied, Sandoval intends to file a petition for writ of certiorari in the United States Supreme Court. The parties have asked us to continue our abatement of Sandoval's appeal in this Court until he has exhausted his relief in the other proceeding.

The Court, having fully examined and considered the parties' request, grants the motion. Accordingly, Sandoval's appeal before this Court remains abated. The parties are

ordered to notify this Court when his appeal from the capital murder conviction becomes final.

PER CURIAM

Do not publish.
See Tex. R. App. P. 47.2(b).

Delivered and filed on the
15th day of February, 2023.